**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

May 22, 2026

Nathan Ochsner, Clerk

United States of America

§
§
§

*versus*

§          Criminal No. 4:26–cr–00283

§
§

Jeremy Christopher Ford

§
§

## SCHEDULING ORDER

1. June 1, 2026

All motions will be filed no later than this date. <u>All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.</u>

2. June 8, 2026

Responses to motions will be filed no later than this date.

3. June 26, 2026 at 10:00 AM

**DEFENDANT MUST BE PRESENT**

Pretrial Conference before Judge George C. Hanks, Jr. United States Courthouse, Ninth Floor, Courtroom 9C, Houston, Texas.

4. July 6, 2026 at 09:00 AM

This case is set for jury trial on this date and time. No later than one business day before this date each counsel will file and deliver to opposing counsel and the court's chambers, a proposed charge to the Jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5. 3 days

Estimated Trial Time

<u>The court will not consider any papers filed within seven days of any conference, hearing, or sentencing unless counsel delivers copies of such papers to chambers the day they are filed.</u>

Direct questions regarding this schedule to Kimberly Picota, Case Manager to Judge Hanks, U.S. District Clerk's Office, 515 Rusk, 5th Floor, Houston, TX 77002; phone: 713-250-5406.

SIGNED at Houston, Texas on May 22, 2026.

Christina A. Bryan
United States Magistrate Judge