United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**JEREMY CHRISTOPHER FORD**,<br><br>Defendant. | **Case No.** 4:26-CR-00283 |

# ORDER ON GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO REVOKE AND AMEND DETENTION ORDER

On this day came to be heard Defendant's Motion to Amend or Revoke Magistrate's Detention Order and the United States' response and request to deny Defendant's Motion to Amend or Revoke Magistrate Judge's Detention Order without further hearing.

The Defendant's Motion to Amend or Revoke Magistrate Judge's Detention Order is DENIED.

SIGNED this 18th day of August, 2026, at Houston, Texas.

George C. Hanks, Jr.
George C. Hanks, Jr.
United States District Judge