**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE No. 4:26-CR-283** |
| **JEREMY CHRISTOPHER FORD,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR A CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL**

Defendant Jeremy Christopher Ford ("Defendant"), respectfully requests that the Court continue the pretrial deadlines and trial of this case for sixty (60) days. This request is so that defense counsel will have time to review discovery, investigate the case, confer with Defendant, and determine whether the case can be resolved without trial. Additionally, Defendant now faces a potential charge of aggravated assault with a deadly weapon resulting in paralysis in Harris County. The State has obtained an arrest warrant for Defendant on this charge, but has not obtained an indictment yet.

This is a felon-in-possession of a firearm case. Defendant is a prominent hip hop music artist.

According to the Complaint, the case arises out of an incident in which Defendant was robbed of jewelry by multiple individuals at the Confessions restaurant in Houston. During the robbery, while three men were attacking Defendant, a gun fell on the floor. The Complaint alleges, among other things, that Defendant, while a convicted felon, picked up the gun, shot two of the people who were robbing him, accidentally shot a bystander,

returned and shot one of the robbers, placed the gun down on a shelf or counter behind a hostess station, and left.

The case is expected to involve the defense of justification or necessity. The Government is expected to allege that Defendant's actions exceeded the scope of the defense. The same is true of the Harris County case.

In the last few days, social media activity by the alleged victim, who participated in robbing the Defendant, indicates that he does not believe Defendant should be in jail for what he did. Defense counsel is in contact with both the Harris County prosecutor and the AUSA in charge of this case in an attempt to see whether a global resolution is possible.

The Court has set the case for trial on August 24, 2026. Defense counsel needs additional time to determine whether a global resolution is possible.

The Government does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant this motion for continuance and continue the pretrial deadlines and trial date by sixty days.

Respectfully submitted,

*/s/ John M. Helms*________________
John M. Helms
Texas Bar No. 09401001
S.D.TX. Bar No. 630043
Law Office of John M. Helms
8100 John W. Carpenter Fwy, Suite 200
Dallas, Tx 75244
Ph: (469) 951-8496
Fax: (972) 330-2449
john@johnhelmslaw.com

**Attorney for Defendant**

**CERTIFICATE OF CONFERENCE**

On August 19, 2026, undersigned counsel conferred by email with AUSA Keri Fuller, who stated that the Government does not oppose this motion.

__/s/ John M. Helms____________
John M. Helms

**CERTIFICATE OF SERVICE**

I, John M. Helms, certify that on August 26, 2026, I caused the foregoing document to be served on all counsel of record through the Court's CM/ECF system:

Kerri.fuller@usdoj.gov

Byron.black@usdoj.gov

__/s/ John M. Helms____________
John M. Helms