**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE No. 4:26-CR-283** |
| **JEREMY CHRISTOPHER FORD,** | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR A CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL SETTING**

Defendant Jeremy Christopher Ford ("Defendant"), has moved for a continuance of the pretrial deadlines and the trial setting. The Government does not oppose this motion. The motion is GRANTED. It is therefore ORDERED that the current pretrial deadlines and trial setting are VACATED. A new scheduling order will issue.

Dated: ______________________, 2026

______________________________________
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE